UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Globe Metallurgical, Inc., and | § | |
| AGCS Marine Insurance Company | § | CIVIL ACTION |
| Plaintiffs, | § | |
| | § | NUMBER: 2:15-cv-07132 |
| v. | § | |
| | § | |
| M/V AFRICAN FALCON, her engines, | § | JUDGE KURT D. ENGELHARDT |
| tackle, boilers, etc. *in rem,* | § | SECTION:  N |
| African Falcon Shipping Co. Ltd., and | § | |
| MUR Shipping BV, *in personam* | § | MAG. KAREN WELLS ROBY |
| | § | DIVISION:  4 |
| Defendants. | § | |

## ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Notice of Voluntary Dismissal;

IT IS HEREBY ORDERED that all claims in this action are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its respective costs.

New Orleans, Louisiana, this 29th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

1